## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMNIAL NO: 3:22 CR 243 (SVN)** |
| **v.** | : | |
| **CHRISTIAN VELEZ** | : | **AUGUST 28, 2023** |

### SUPPLEMENTAL SENTENCING MEMORANDUM

The Defendant, Christian Velez, hereby submits his supplemental sentencing memorandum.

1. On August 24, 2023, United States Sentencing Commission voted to allow retroactive sentencing reductions, and specifically addressed status offenses, such as two-level enhancement for persons who commit a crime while on release pursuant to United States Sentencing Commission Guidelines, Section 4A 1.1 (d) [add two points if the defendant committed the instant offense while under any criminal justice sentence, including probation, parole, supervisory leaves, imprisonment, work release, or escape status].

2. Under the new proposal, which will take effect on November 1, 2023, amendment 821 now will limit the overall criminal history impact of "status points".

3. In Mr. Velez's presentence report at paragraph 111, two points were added to his criminal history because the defendant did, in fact, commit the instant offense while under criminal justice sentence.

4. The proposed Amendment calls for the deletion of the two points currently applied under section 4A 1.1 (d).

5. This proposed amendment has been made retroactive, so it can apply to all individuals who have been sentenced who have received that two-point enhancement. While the proposal is not scheduled to take effect until February

of 2024, because it is retroactive, clearly Mr. Velez would be able to take advantage of it after he is sentenced in February in 2024.

**WHEREFORE:** The Defendant requests that instead of returning to court to have the potential sentence modified to reflect the two-level change in his criminal history, that the court take action during Mr. Velez's sentencing on Wednesday, August 30, 2023, and to delete paragraph 111 as it currently is written and to recalculate his criminal history In the presentence report.

DEFENDANT,
CHRISTIAN VELEZ- RUIZ

BY: *[signature]*
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street Suit 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
E-Mail: dam@skmwlaw.com
Federal Bar No.: ct00054

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:22 CR 243 (SVN) |
| v. | : | |
| CHRISTIAN VELEZ | : | AUGUST 28, 2023 |

## CERTIFICATION OF SERVICE

I hereby certify that on August 28, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was mailed to:

The Honorable Sarala V. Nagala
United States District Court
450 Main Street Suite A012
Hartford, Ct 06103

A courtesy copy was emailed to:

United States Probation Office
Officer Angelica Deniz
915 Lafayette Blvd #211
Bridgeport, Ct 06604

BY: /s/ David A. Moraghan
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com